IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| KERNELIUS MARQUIS SHEPHERD, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-73 |
| TDCJ, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Kernelius Marquis Shepherd, Sr., an inmate currently confined at the Mark Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, Texas, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants TDCJ, Angela N. Chevalier, Jailyn LNU, FNU Gipson, Angela LNU, Female Securus Secretary, Securus, and Patrick L. O'Daniel.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

On April 4, 2024, the undersigned ordered Plaintiff to either pay the full filing fee in this action or submit a certified income trust statement for the preceding six month period, showing the average balance in and deposits made to Plaintiff's inmate trust account (doc. #10). Plaintiff received a copy of this order on April 18, 2024 (doc. #11). More than ample time has passed, yet Plaintiff has failed to comply or otherwise correspond with the court.

Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v.*

*Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).  Plaintiff has failed to pay the full filing fee or file a proper application to proceed *in forma pauperis*.

## Recommendation

This civil action should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge.  28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 24th day of May, 2024.

_____
Zack Hawthorn
United States Magistrate Judge